# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TOMASA BATALLA,

      Plaintiff,

v.                                    Case No. 8:20-cv-00177

CREDIT COLLECTION SERVICES, INC.,

      Defendant.

_____

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Tomasa Batalla and Defendant Credit Collection Services, Inc. through their respective counsel that the above-captioned action shall be and hereby is dismissed, on the merits and with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: August 6, 2020                                    Respectfully Submitted,

**TOMASA BATALLA**                                **CREDIT COLLECTION SERVICES, INC.**

*/s/ Alexander J. Taylor*                          */s/ Chantel C. Wonder (with consent)*
Alexander J. Taylor                                   Chantel C. Wonder
*Counsel for Plaintiff*                                   *Counsel for Defendant*
Sulaiman Law Group, LTD                   Gordon Rees Scully Mansukhani, LLP
2500 S. Highland Ave., Ste. 200             601 W. Harbour Island Blvd, Suite 109
Lombard, Illinois 60148                         Tampa, Florida 33602
Phone: (630) 575-8181                          Phone: (813) 523-4937
ataylor@sulaimanlaw.com                      acwonder@grsm.com

2

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<em>/s/ Alexander J. Taylor</em><br>
Alexander J. Taylor