UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TOMASA BATALLA,

    Plaintiff,

v.                                                                Case No: 8:20-cv-177-T-36TGW

CREDIT COLLECTION SERVICES, INC.,

    Defendant.
_____/

**O R D E R**

Before the Court is the Agreed Stipulation of Dismissal With Prejudice [Doc. 23]. In accord with the Agreed Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Agreed Stipulation of Dismissal With Prejudice is **APPROVED** [Doc. 23].

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on August 6, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record